UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIMOTEA DURAN VILLALOBOS individually
and on behalf of others similarly situated,

              *Plaintiff*,

-against-

CHAPPAQUA SERENITY SPA INC. (D/B/A
SERENITY SPA), SERENITY SPA & NAIL
INC. (D/B/A SERENITY SPA), and CHOI
HAE JEONG,

              *Defendants*
----------------------------------------------------------X

Case 1:21-cv-01883-KPF

**JUDGMENT**

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff TIMOTEA DURAN VILLALOBOS, have judgment against Defendants

CHAPPAQUA SERENITY SPA INC. (D/B/A SERENITY SPA), SERENITY SPA & NAIL INC.

(D/B/A SERENITY SPA), and CHOI HAE JEONG, (collectively "Defendants"), jointly and severally,

in the amount of $30,000.00, (Thirty Thousand Dollars and Zero Cents) which is inclusive of

interest, attorneys' fees and costs.

.

   Dated: _____, 20__   SO ORDERED,

                                                                                    _____