UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
TIMOTEA DURAN VILLALOBOS individually
and on behalf of others similarly situated,

                *Plaintiff*,

-against-

CHAPPAQUA SERENITY SPA INC. (D/B/A
SERENITY SPA), SERENITY SPA & NAIL
INC. (D/B/A SERENITY SPA), and CHOI
HAE JEONG,

                *Defendants*
----------------------------------------------------------X

Case 1:21-cv-01883-KPF

**JUDGMENT**

      On February 7, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (Dkt. #25);

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff TIMOTEA DURAN VILLALOBOS, have judgment against Defendants CHAPPAQUA SERENITY SPA INC. (D/B/A SERENITY SPA), SERENITY SPA & NAIL INC. (D/B/A SERENITY SPA), and CHOI HAE JEONG, (collectively "Defendants"), jointly and severally, in the amount of $30,000.00, (Thirty Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

      The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:  February 9, 2022
          New York, New York

SO ORDERED.

*[signature]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE